UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SABRINA JORDAN, | |
| Plaintiff, | Case No. 3:18-cv-82 |
| vs. | |
| OFFICER JOHN HOWARD, *et al.*, | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| Defendants. | |

___

# ORDER
___

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**


Date:   October 31, 2019              *s/ Michael J. Newman*
                                      Michael J. Newman
                                      United States Magistrate Judge