IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SABRINA JORDAN, ADM'R OF THE ESTATE OF JAMARCO MCSHANN,<br><br>Plaintiff,<br><br>-vs-<br><br>OFFICER JOHN HOWARD, et al.,<br><br>Defendants. | CASE NO. 3:18-cv-00082<br><br>Judge Thomas M. Rose<br>Magistrate Judge Michael Newman<br><br>**ORDER** |

For good cause shown, the Unopposed Motion of Plaintiff to Extend Summary Judgment briefing deadlines is well-taken and granted.

It is therefore ordered that Plaintiff's Opposition to Summary Judgment is due by December 6, 2019, and remaining summary judgment deadlines will proceed pursuant to the Local Rules.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE