# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **SABRINA JORDAN**, Administrator of the Estate of Jamarco McShann,<br><br>　　　Plaintiff,<br><br>-vs-<br><br>**OFFICER JOHN HOWARD, et al.,**<br><br>　　　Defendants. | CASE NO. 3:18-cv-00082<br><br>Judge Thomas M. Rose<br>Magistrate Judge Michael Newman |

### NOTICE OF MANUAL FILING OF EXHIBITS 1, 2, 3 AND 4
### TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On December 10, 2019, Plaintiff manually filed copies of the following Exhibits in support of her Opposition to Defendants' Motion for Summary Judgment with the Clerk's Office in Columbus:

　　Exhibit 1　　Video Deposition of Jerry W. Knight, Jr.

　　Exhibit 2　　Video Deposition of Michael W. Cornely

　　Exhibit 3　　Video Deposition of Brian O'Neal

　　Exhibit 4　　Video Deposition of John Howard