# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SABRINA JORDAN, ADM'R OF THE ESTATE OF JAMARCO DEWAYNE MCSHANN** | * | **CASE NO. 3:18-cv-00082** |
| | | **Judge Thomas M. Rose** |
| **Plaintiff** | * | |
| **v.** | | **UNOPPOSED MOTION FOR EXTENSION** |
| **OFFICER JOHN HOWARD, et al.** | * | |
| **Defendants** | | |

Now come Defendants, by and through counsel, and respectfully request a seven (7) day extension to reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment. (Doc #25)

Defendants' Reply Memorandum is currently due December 24, 2019.  Defendants request an extension of time until December 31, 2019, due to the press of business.  The request is made in good faith, will not unfairly prejudice any party, and has not been made for the purpose of undue delay or harassment.

Pursuant to S.D. Ohio Civ. Rule 7.3, Defendants have consulted with Plaintiff and there is no objection to the request for extension of time.

- 2 -

                Respectfully submitted,

                */s/ Neil F. Freund*_____
                Neil F. Freund (0012183)
                Kelly M. Schroeder (0080637)
                FREUND, FREEZE & ARNOLD
                Fifth Third Center
                1 South Main Street, Suite 1800
                Dayton, OH  45402-2017
                Phone (937) 222-2424
                Fax (937) 222-5369
                nfreund@ffalaw.com
                kschroeder@ffalaw.com
                *Counsel for Defendants*

                Kimberly A. Rutowski
                Lazarus & Lewis, LLC
                915 Cincinnati Club Building
                30 Garfield Place
                Cincinnati, OH  45202-4322
                krutowski@hllmlaw.com
                *Co-Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 18th day of December 2019, via electronic mail and/or regular U.S. Mail upon the following:

    Sarah Gelsomino - sgelsomino@f-glaw.com
    Jacqueline C. Greene – jgreene@f-glaw.com
    Terry Gilbert – tgilbert@f-glaw.com
    Marcus Sidoti – marcus@jordansidoti.com

                */s/ Neil F. Freund*_____
                Neil F. Freund