**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 06, 2020

Mr. Neil F. Freund
Freund, Freeze & Arnold
1 S. Main Street
Suite 1800
Dayton, OH 45402

Ms. Sarah Jeanette Gelsomino
Friedman & Gilbert
50 Public Square
Suite 1900
Cleveland, OH 44113

Ms. Kimberly A. Rutowski
Hardin, Lazarus, Lewis & Marks
30 Garfield Place
Suite 915
Cincinnati, OH 45202

        Re:   Case No. 20-3274, *Sabrina Jordan v. John Howard, et al*
            Originating Case No. : 3:18-cv-00082

Dear Counsel,

 This appeal has been docketed as case number **20-3274** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 20, 2020**. Additionally, the transcript order must be

completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | Appearance of Counsel |
| --- | --- |
| Appellant: | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
| --- | --- |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 20-3274

SABRINA JORDAN, as the Administrator and o/b/o the Estate of Jamarco Dewayne McShann

    Plaintiff - Appellant

v.

OFFICER JOHN A. HOWARD; OFFICER JERRY KNIGHT; OFFICER BRIAN O'NEAL; UNNAMED OFFICERS; OFFICER MICHAEL CORNELY

    Defendants - Appellees